**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District of Alaska | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Naknek Electric Association, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>101 School Rd<br>Naknek, AK  ZIPCODE 99633 | Street Address of Joint Debtor (No. and Street, City, and State)  ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Bristol Bay Borough | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [✓] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

cooperative corporation

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other  electric utility

**Tax-Exempt Entity** (Check box, if applicable)
- [✓] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Naknek Electric Association, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Naknek Electric Association, Inc. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X_____ Signature of Debtor X_____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X_____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ (Date) |

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X  /s/ Erik LeRoy Signature of Attorney for Debtor(s) ERIK LEROY 8310130 Printed Name of Attorney for Debtor(s) Erik LeRoy P.C. Firm Name 500 L St., Ste 302 Address Anchorage, Alaska 99501 907.277.2006 Telephone Number 9/28/10 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X_____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X  /s/ Donna Vukich Signature of Authorized Individual DONNA VUKICH Printed Name of Authorized Individual general manager Title of Authorized Individual 9/28/10 Date | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
## District of Alaska

In re  Naknek Electric Association, Inc.  ,
                    Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chancellor Oil Tools, Inc. 3521 Gulf St Bakersfield, CA 93308-5210 | 661-324-2213 | Trade debt | | 103,780 |
| DHS Drilling Co PO Box 277 Casper, WY 82602 | 307.354.6856 | trade | | 104,479 |
| Centrifuge Services, LLC 7362 W Parks Hwy, Ste 730 Wasilla, AK 99654 | 907.354.6856 | trade | | 108,096 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31677-301X-067I0 - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TIW Corporation<br>PO Box 4346<br>Houston, TX | 907.344.1531 | trade | | 118,543 |
| BC Contractors<br>1225 International Airport Rd, Ste 105<br>Anchorage, AK 99518 | 907.222.6256 | trade | | 123,602 |
| Workstring Alaska<br>1150 Smede Hwy<br>Broussard, LA 70518 | 907.264.6619 | trade | | 164,640 |
| Bristol Bay Contractors<br>P OBox 234<br>King Salmon, AK 99613 | 360.387.9712 | trade | | 166,389 |
| ThermaSource Inc.<br>3883 Airway Dr., Ste 235<br>Santa Rosa, CA 95403 | 707.522.4664 | trade | | 176,781 |
| Alaska Earth Science<br>11401 Olive La<br>Anchorage, AK 99515-3062 | 907.522.4664 | trade | | 192,468 |
| Tatonduk Outfitters Ltd<br>PO Box 61680<br>Fairbanks, AK 99706 | 907.243.0009 | trade | | 197,705 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Weatherford Drilling Services PO Box 200019 Houston, TX 77216-0019 | 907.561.1632 | trade | | 201,863 |
| National Oilwell Varco LP PO Box 200838 Dallas, TX 75320-0838 | 281.569.5993 | trade | | 210,500 |
| NOV Rig Solutions PO Box 210202 Dallas, TX 75320-1202 | 281.569.5993 | trade | | 219,147 |
| Tecton Geologic, LLC 3883 Airway Dr., ste 340 Santa Rosa, CA 95403 | 707.523.2960 | trade | | 232,107 |
| Northern Air Cargo 3900 Old Intn'l Airport Rd Anchorage, AK 99502 | 907.249.5152 | trade | | 272,701 |
| Weaver Bros. PO Box 2229 Kenai, AK 99611 | 907.278.4526 | trade | | 300,000 |
| GBR Equipment Inc. 6300 Petersburg Anchorage, AK 99507 | 907.563.3550 | trade | | 339,561 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| BJ Services<br>PO Box 4346, Dept 393<br>Houston, TX 77210-4346 | 281.209.7766 | trade | | 892,884 |
| Baker Hughes Business Support<br>P O Box 200415<br>Houston, TX 77216-0415 | John Siemers<br>281.209.7766 | trade | | 3,564,673 |
| CoBANK ACB<br>P O Box 5110<br>Denver, CO 80217-5110 | Spencer Sneed | Bank loan | | 7,035,791 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   9/28/10

Signature   /s/ Donna Vukich
DONNA VUKICH,
general manager

AIMM Technologies, Inc.
P O Box 1086
Kenai, AK 99611


Al-Lou's B & B
P O Box 84
Naknek, AK 99633


Alaska Earth Science
11401 Olive La
Anchorage, AK 99515-3062


Alta Air Logistics
1407 W 31st Ave
Anchorage, AK 99503


Badger Electric
P O Box 11
King Salmon, AK 99613


Baker Hughes Business Support
P O Box 200415
Houston, TX 77216-0415


BC Contractors
1225 International Airport Rd, Ste 105
Anchorage, AK 99518


BJ Services
PO Box 4346, Dept 393
Houston, TX 77210-4346


Bradford's Appliance & Lumber
P O Box 73
Naknek, AK 99633


Bristol Bay Center of Attention
PO Box 423
King Salmon, AK 99613

Bristol Bay Contractors
P OBox 234
King Salmon, AK 99613


Bristol Bay School District
P O Box 169
Naknek AK 99633


Carlile Transport
PO Box 190145
Anchorage, AK 99519-4346


CEC Enterprises
P O Box 167
Naknek, AK 99633


Centrifuge Services, Inc.
Ste 1, 5304-50 St.
Leduc, AB T9E 6Z6


Centrifuge Services, LLC
7362 W Parks Hwy, Ste 730
Wasilla, AK 99654


Chancellor Oil Tools, Inc.
3521 Gulf St
Bakersfield, CA 93308-5210


Coastal Surveyors LLC
PO Box 181
Naknek, AK 99633


CoBANK ACB
P O Box 5110
Denver, CO 80217-5110


Cooperative Finance Corporation
2201 Cooperative Way
Herndon, VA 20171

Cooperative Finance Corporation
2201 Cooperative Way
Herndon, VA 20171

Cooperative Finance Corporation
2201 Cooperative Way
Herndon, VA 20171

Cooperative Finance Corporation
2201 Cooperative Way
Herndon, VA 20171

D & D Restaurant & Hotel
PO Box 9
Naknek, AK 99633

DHS Drilling Co
PO Box 277
Casper, WY 82602

Dowland-Bach
PO Box 230126
Anchorage, AK 99523-0126

Drilling Systems Cameron Corp.
#C3152
PO Box 9158 Station M
Calgary, AB T2P 5E1

GBR Equipment Inc.
6300 Petersburg
Anchorage, AK 99507

Geothermex, Inc.
3260 Blume St
Richmond, CA 94806

Glacier Construction Services
2201 Inter Ave., Ste A
Puyallup, WA 98372

Industrial Boilers & Controls
PO Box 91418
Anchorage, AK 99509-1418


King Flying Service
P O Box 26
Naknek, Ak 99633


KLDG Radio
PO Box 670
Dillingham, AK 99576


Naknek Riverine Lodge
PO Box 84
Naknek, AK 99633


Naknek Trading Co
PO Box 209
Naknek, AK 99633


NAPA Auto Parts
PO Box 59
Naknek, AK 99633


National Oilwell Varco LP
PO Box 200838
Dallas, TX 75320-0838


Northern Air Cargo
3900 Old Intn'l Airport Rd
Anchorage, AK 99502


Northern Magnets
PO Box 7222
Nikiski, AK 99635


NOV Rig Solutions
PO Box 210202
Dallas, TX 75320-1202

Oil Works, Inc.
P O Box 69170
2416 North FM 1936
Odessa, TX 79769


Peninsula Air
6100 Boeing Ave
Anchoage, AK 99502


Peninsula Automotive
P O Box 150
Naknek, AK 99633


Rural Utilities Services
1400 Independence Ave., SW
Washington, DC 20250-1500


Spencer Sneed
Dorsey Whitney
1031 W Fourth Ave., ste 600
Anchorage, AK 99501-5907


Tatonduk Outfitters Ltd
PO Box 61680
Fairbanks, AK 99706


Tecton Geologic, LLC
3883 Airway Dr., ste 340
Santa Rosa, CA 95403


ThermaSource Inc.
3883 Airway Dr., Ste 235
Santa Rosa, CA 95403


TIW Corporation
PO Box 4346
Houston, TX


TNG Energy Services Inc
3505 Standard St.
Bakersfield, CA 93308

Trident Seafoods
PO Box 70004
South Naknek, AK 99670


Weatherford Drilling Services
PO Box 200019
Houston, TX 77216-0019


Weaver Bros.
PO Box 2229
Kenai, AK 99611


Workstring Alaska
1150 Smede Hwy
Broussard, LA 70518