John C. Siemers, Esq.
BURR, PEASE & KURTZ, P.C.
810 N Street, Suite 300
Anchorage, AK 99501
Phone: (907) 276-6100
Facsimile: (907) 258-2530

*Counsel to BJ Services Company, U.S.A.*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN RE: <br> NAKNEK ELECTRIC ASSOCIATION, INC. <br> Debtor. | Chapter 11 <br> Case No. 10-00824 |

## ENTRY OF APPEARANCE

John C. Siemers of Burr, Pease & Kurtz, PC, hereby enters his appearance on behalf of BJ SERVICES COMPANY, U.S.A, in the above-captioned matter and respectfully requests that all pleadings, notices, papers, documents, and information filed or to be filed in this matter be served upon him at: 810 N STREET, SUITE 300, ANCHORAGE, ALASKA 99501.

Dated this 29th day of September, 2010 at Anchorage, Alaska.

                              BURR, PEASE & KURTZ

                              By   /s/ John C. Siemers
                                  John C. Siemers
                                  Alaska Bar # 7811135