Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
(907) 277-2006
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

In re: :
: Case No. A10-00824
Naknek Electric Association, Inc. : chapter 11
:
:
Debtor. :
:

## DONNA VUKICH'S AFFIDAVIT IN SUPPORT OF
## EMERGENCY MOTION FOR USE OF CASH COLLATERAL

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

I Donna Vukich, general manager for Naknek Electric Cooperative, Inc., ("NEA") Debtor and Debtor in Possession, state the following:

1. I provided Carol Fontaine with certain of the figures in the cash flow budget attached to her affidavit.

2. On September 29, 2010 NEA's Wells Fargo general account contained $323,354. It's payroll account contained no funds.

3. NEA's scheduled payments to RUS are $18,000 in October, $18,000 in November and $60,100 in December.

4. Attached is the last page of NEA's trial balance showing its accounts receivable is $290,762 as of September 29, 2010.

5.　Attached is a RUS Form 7 dated September 10, 2010 showing the Total Utility Plant in Service value of $29,070,404. $8,500,000 of that amount represents the value of the drill rig on the geothermal site. The remaining $20,570,404 represents the non-depreciated value of the power generation facilities. The depreciation for the drill rig is in Construction Work in Progress, so the $11,840,257 of depreciation is allocated solely to the power generations assets leaving a depreciated value for the power generation assets of $8,730,147. NEA believes the actual value of the power generation assets are closer to $12,000,000.

6.　I anticipate receiving a grant from Department of Commerce, State of Alaska for $470,000 in the next month for reimbursement for September costs on the geothermal project.

7.　The cash collateral budget contains several large maintenance costs in the next 90 days. In October there is a $107,500 maintenance cost for planned repairs to the heat recapture system which provides heat in the winter for the Bristol Bay Borough school, the clinic and some adjacent homes. There is also in this expense, costs to comply with DEC regulations providing for cathodic protection of our underground fuel pipelines. In December there is a $57,000 maintenance expense which included a bulk lube oil purchase and shipment on the last barge of the year. Without the lube oil we would run out of oil for the generator engines prior to the next barge season. In December there is an $81,000 maintenance expense which included an approximately $70,000 major overhaul on generator number 10. This generator is essential to cover NEA's summer power load.

8.　NEA is scheduled to receive a $194,826 insurance refund from Marsh in

October. NEA owes ARECA Insurance Exchange $251,968 for the 2010 calendar year insurance premiums. NEA, with court approval, will pay the refund to ARECA and continue to make payments on the remaining ARECA balance.

DATED this 29th day of September, 2010, at Naknek, Alaska.

_____
Donna Vukich.

SUBSCRIBED and SWORN to before me this 29th day of September, 2010.



_____
Notary Public for Alaska
My commission expires: 02-14-14

Certificate of Service

I certify that on September 29, 2010, a copy of this pleading was served on

Asst US Trustee
S Sneed (CoBank) Sneed.Spencer@dorsey.com
D Oesting (CFC) DavidOesting@DWT.com
J Siemers (Baker Hughes) jcs@bpk.com
T Matthews (RUS) matthew.troy@usdoj.gov

by first class mail if an address in indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.


Erik LeRoy

/s/ Erik LeRoy

| ACCOUNT | BI CO | NAME | PREVIOUS BALANCE | PAYMENTS PTD | CURRENT | BALANCE |
|---|---|---|---|---|---|---|
| ▓▓▓▓000 | 1 | ZIMIN SR., CARVEL & ANNIE | | 309.05 | | |
| ▓▓▓▓000 | 1 | ZIMIN SR., CARVEL & ANNIE | | 36.45 | | |
| ▓▓▓▓00 | 98 | ZIMIN, CARL | | | | |
| ▓▓▓▓00 | 1 | ZIMIN, CARL | | 258.34 | | |
| ▓▓▓▓00 | 98 | ZIMIN, JOAN | | | | |
| ▓▓▓▓200 | 1 | ZIMIN, JUSTIN | | 30.10 | | |
| ▓▓▓▓000 | 1 | ZIMIN, LAURA | | 18.49 | | |
| ▓▓▓▓00 | 99 | ZIMIN, MAILE | | | | |
| ▓▓▓▓500 | 98 | ZIMIN, MAILE | | | | |
| ▓▓▓▓200 | 1 | ZIMIN, MAILE | | 315.35 | 355.08 | 355.08 |
| ▓▓▓▓00 | 98 | ZIMIN, NICKOLAS | | | | |
| ▓▓▓▓000 | 98 | ZIMIN, RALPH | | | | |
| ▓▓▓▓000 | 1 | ZIMIN, RALPH | | 122.27 | | |
| ▓▓▓▓00 | 98 | ZIMIN, RANDOLPH L | | | | |
| ▓▓▓▓600 | 1 | ZIMIN, RANDOLPH L | | 54.75 | 51.11 | 51.11 |
| ▓▓▓▓000 | 99 | ZIMIN, RANDOLPH L | | | | |
| ▓▓▓▓00 | 98 | ZIMIN, RANDOLPH L | | | | |
| ▓▓▓▓300 | 98 | ZIMIN, RANDOLPH L | | | | |
| ▓▓▓▓100 | 1 | ZIMIN, STACEY | | 364.73 | | |

GRAND Totals:

|  |  |  | -26261.62 | 614775.42 | 317023.77 | 290762.15 |
|---|---|---|---|---|---|---|
| 2227 | ## | 2227 | 289 | 819 | 472 | 502 |

Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
(907) 277-2006
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

In re:  :
 : Case No. A10-
Naknek Electric Cooperative, Inc. :
 :
 :
Debtor. :
 :
_____ :

CAROL FONTAINE'S AFFIDAVIT IN SUPPORT OF
EMERGENCY MOTION FOR USE OF CASH COLLATERAL

STATE OF ALASKA )
 ) ss.
THIRD JUDICIAL DISTRICT )

I Carol Fontaine, in house accountant for Naknek Electric Cooperative, Inc., ("NEA") Debtor and Debtor in Possession, state the following:

I have been a certified public accountant in Alaska since 1988. I have worked for NEA for more than 10 years. Since August, 2009, I have been responsible for generating monthly Rural Utility Services financial statements known as Form 7s. To create these forms I have to reconcile the general fund bank account, the payroll bank account, the capital credits bank account, and the Denali Capital Management account. I post the recurring journal entries in the general ledger, which include the sales journal (billing activity for the month), cash receipts journal (posting incoming cash), bank entry (recording activity that happened through the bank account), monthly expensing of

prepaid insurance, monthly depreciation expense, monthly RUS interest expense (some are paid quarterly), monthly recordation of use of inventoried items used in power generation, monthly benefits spread including payments to union, NRECA, IRS, ARECA (worker compensation) and State of Alaska, calculation of annual leave and sick leave, transportation clearing entry (accounting for vehicle costs), entry annualizing the audit expense, entry of director fees and entry for geothermal depreciation.

I confirm that the general ledger agrees with underlying documentation for cash and at least quarterly for loan balances.

NEA has contracted to do the accounting for Illiamna Newhalen Nondalton (INN), three small communities which produce their own electricity. I perform this function for NEA.

At times I perform the function of the accounts payable clerk for NEA. I code some invoices and I believe I have input all the invoices that are in the accounting program.

I prepared the attached cash collateral budget using historical August and September billing from 2009, and August 2010 billing and uncollected August 2010 cash. The starting cash number was provided by Donna Vukich, general manager. I do not have access to current bank activity. The uses of cash entries related to payroll are based actual July, 2010 payroll amounts. The maintenance generation numbers were based on operating budget less payroll component. The $107,500 maintenance item is a scheduled waste heat maintenance item affecting the Naknek school, clinic and other community buildings. The consumer and administrative entries are again based on historical experience.

The Geothermal budget is based upon actual payroll, taxes and benefit numbers.

The rig numbers were provided by Donna Vukich.

DATED this 28th day of September, 2010, at Naknek, Alaska.

_____
Carol Fontaine.

SUBSCRIBED and SWORN to before me this ___ day of September, 2010.



_____
Notary Public for Alaska
My commission expires: 02-14-14

## Certificate of Service

I certify that on September 29, 2010, a copy of this pleading was served on

Asst US Trustee
S Sneed (CoBank)Sneed.Spencer@dorsey.com
D Oesting (CFC) DavidOesting@DWT.com
J Siemers (Baker Hughes) jcs@bpk.com
T Matthews (RUS) matthew.troy@usdoj.gov

by first class mail if an address in indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Erik LeRoy

*/s/ Erik LeRoy*

NEA
Cash Collateral Budget

| | October 1 - 15 | October 16 - 31 | Total | November 1 - 15 | November 16 - 30 | Total | December 1 - 15 | December 16 - 31 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 323,354.00 | 165,071.00 | | 432,330.00 | 335,689.00 | | 369,448.00 | 239,307.00 | |
| **Sources of Cash** | | | | | | | | | |
| Accounts receivable collections | 180,000.00 | 540,000.00 | 720,000.00 | 105,000.00 | 315,000.00 | 420,000.00 | 117,500.00 | 352,500.00 | 470,000.00 |
| Interest | | 400.00 | 400.00 | | 400.00 | 400.00 | | 400.00 | 400.00 |
| insurance policy refund | 194,826.00 | | | | | | | | |
| Total Sources | 374,826.00 | 540,400.00 | 720,400.00 | 105,000.00 | 315,400.00 | 420,400.00 | 117,500.00 | 352,900.00 | 470,400.00 |
| Total Cash | 698,180.00 | 705,471.00 | | 537,330.00 | 651,089.00 | | 486,948.00 | 592,207.00 | |
| **Uses of Cash** | | | | | | | | | |
| Payroll | 138,816.00 | 138,816.00 | 277,632.00 | 138,816.00 | 138,816.00 | 277,632.00 | 138,816.00 | 138,816.00 | 277,632.00 |
| Payroll taxes | 20,825.00 | 20,825.00 | 41,650.00 | 20,825.00 | 20,825.00 | 41,650.00 | 20,825.00 | 20,825.00 | 41,650.00 |
| Payroll pensions/union/health | | 52,000.00 | 52,000.00 | | 52,000.00 | 52,000.00 | | 52,000.00 | 52,000.00 |
| Debt service RUS | | 18,000.00 | 18,000.00 | | 18,000.00 | 18,000.00 | | 60,100.00 | 60,100.00 |
| Insurance | 251,968.00 | | 251,968.00 | | | 0.00 | | | 0.00 |
| Maintenance generation | 107,500.00 | 10,500.00 | 118,000.00 | 11,000.00 | 11,000.00 | 22,000.00 | 57,000.00 | 81,000.00 | 138,000.00 |
| Maintenance distribution | 2,500.00 | 3,500.00 | 6,000.00 | 4,500.00 | 4,500.00 | 9,000.00 | 4,500.00 | 4,500.00 | 9,000.00 |
| Distribution expense | 2,000.00 | 2,000.00 | 4,000.00 | 3,500.00 | 3,500.00 | 7,000.00 | 3,500.00 | 3,500.00 | 7,000.00 |
| Consumer accounts expense | 7,500.00 | 7,500.00 | 15,000.00 | 5,000.00 | 5,000.00 | 10,000.00 | 5,000.00 | 5,000.00 | 10,000.00 |
| Administrative | 2,000.00 | 20,000.00 | 22,000.00 | 18,000.00 | 28,000.00 | 46,000.00 | 18,000.00 | 28,000.00 | 46,000.00 |
| Total Uses | 533,109.00 | 273,141.00 | 806,250.00 | 201,641.00 | 281,641.00 | 483,282.00 | 247,641.00 | 393,741.00 | 641,382.00 |
| Ending Cash | 165,071.00 | 432,330.00 | | 335,689.00 | 369,448.00 | | 239,307.00 | 198,466.00 | |

Note: Maintenance generation is large in October for the repairs to the waste heat system which service serveral community buildings.
Note: Maintenance generation is large in December for a bulk lube oil purchase which is necessary for continued generation ability.
Note: Maintenance generation is large in December for unit #10 overhaul which is necessary for continued generation.

Note: The administrative figures include $10,000 a month for bankruptcy administrative expenses.

NEA Geothermal Budget

|  | October 1 - 15 | October 16 - 31 | Total | November 1 - 15 | November 16 - 30 | Total |
|---|---:|---:|---:|---:|---:|---:|
| **Uses of Cash** | | | | | | |
| Payroll | 72,000.00 | 83,000.00 | 155,000.00 | 72,000.00 | 83,000.00 | 155,000.00 |
| Payroll taxes | 5,760.00 | 6,640.00 | 12,400.00 | 5,760.00 | 6,640.00 | 12,400.00 |
| Payroll pensions/union/health | 16,300.00 | 16,300.00 | 32,600.00 | 16,300.00 | 16,300.00 | 32,600.00 |
| Rig operations | 25,000.00 | 25,000.00 | 50,000.00 | 25,000.00 | 25,000.00 | 50,000.00 |
| Total | 119,060.00 | 130,940.00 | 250,000.00 | 119,060.00 | 130,940.00 | 250,000.00 |