# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury


GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank


Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.


Review the specific instructions for each schedule before completing the schedule.

In re  Naknek Electric Association, Inc.                    Case No.  10-00824
_____                    _____
              **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

   If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Power Generation Plant footprint (all equipment valued in Schedule B)<br><br>Lots 9 & 12, USS 3513, Government Lot 3, Sec. 2 & Government Lot 12, Sec. 3, T17 S, R 47 W, Kvichak Recording District, Alaska | Fee Simple | | 200,000.00 | Exceeds Value |
| Geothermal Wellsite E/2, SW/4, Sec 14 & NE/4, NW/4 Sec 23, T17S, R44W, Kvichak Rec Dist.<br><br>17 miles from King Salmon (value of rig and equipment is Schedule B) | Fee Simple | | 120,000.00 | Exceeds Value |
| | | Total ➤ | 320,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.752 - 31677-301X-06710 - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07)**

In re   **Naknek Electric Association, Inc.**                                    Case No.   **10-00824**
                          **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Payroll account # **3824<br>Wells Fargo Bank Acct #**1885<br>XXX Construction Acct # **5121 | | 0.00<br>300,155.52<br>987.35 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re __Naknek Electric Association, Inc.__          Case No. __10-00824__
                    **Debtor**                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable | | 367,848.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | patronage or membership interests (See Exhibit B19) | | 770,903.00 |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | INN Contract to perform utility accounting | | Indeterminate |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Certificated Vehicles (new value less depreciation)(Exhibit B 25) | | 241,739.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Power generation and transmission equipment, & office equipment (Exhibit B 28-30)  NEA drill rig & accessories (Exhibit B 28-30) | | 8,554,856.00  10,933,552.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

**In re** Naknek Electric Association, Inc.        **Case No.** 10-00824
_____
          **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

        0       continuation sheets attached     Total     $ 21,170,040.87

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   Naknek Electric Association, Inc.                               Case No.   10-00824
_____                          _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re ___Naknek Electric Association, Inc._____,  Case No.___10-00824_____
            **Debtor**                                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Baker Hughes Business Support<br>P O Box 200415<br>Houston, TX 77216-0415 | | | Lien: AS 34.25.125 well lien<br>Security: wll bore, but also described machinery<br>lien recorded 7/21/10; judgment recorded and relates back to 7/21/10 but is avoidable as a preference<br><br>VALUE $    12,000,000.00 | | | | 3,564,673.00 | 3,564,673.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>BC Contractors<br>1225 International Airport Rd, Ste 105<br>Anchorage, AK 99518 | | | Lien: AS34.35.050 labor lien on real property<br>Security: well<br>Lien was recorded 1/15/10 w/ incomplete legal descrip.; complaint filed 7/2/10; lien corrected 7/27/10.<br><br>VALUE $    500,000.00 | | | X | 123,602.00 | 0.00 |
| ACCOUNT NO.<br><br>BJ Services<br>PO Box 4346, Dept 393<br>Houston, TX 77210-4346 | | | Lien: AS34.35.125 Well lien (but describes "machinery"<br>Security: well bore and, possibly, drill rig<br>lien recorded5/7/10, may be superior to 2d CFC lien<br><br>VALUE $    12,000,000.00 | | | | 892,884.00 | 892,884.00<br>This amount based upon existence of Superior Liens |

___3___ continuation sheets attached

Subtotal ▶<br>(Total of this page)      $4,581,159.00      $4,457,557.00

Total ▶<br>(Use only on last page)      $      $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re   Naknek Electric Association, Inc.             ,          Case No.    10-00824

            **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BJ Services <br> PO Box 4346, Dept 393 <br> Houston, TX 77210-4346 <br><br> VALUE $ 12,000,000.00 | | | Lien: AS34.35.125 well (but describes machinery too) Security: well bore and machinery | | | | 73,200.00 | 73,200.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> Centrifuge Services, LLC <br> 7362 W Parks Hwy, Ste 730 <br> Wasilla, AK 99654 <br><br> VALUE $ 12,000,000.00 | | | Lien: AS 24.25.125 & 130 well & machinery lien Security:  rig and well bore lien recorded 7/12/10 | | | | 108,096.00 | 108,096.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. R10791 <br><br> CoBANK ACB <br> P O Box 5110 <br> Denver, CO 80217-5110 <br><br> VALUE $ 11,500,000.00 | | | Incurred: 6/25/09 Lien: judgment Security: drill rig, well footprint; generation plant judgment lien; writ recorded 7/2/10 w/i preference period | | | X | 7,035,791.00 | 7,035,791.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> Cooperative Finance Corporation <br> 2201 Cooperative Way <br> Herndon, VA 20171 <br><br> VALUE $ 11,500,000.00 | | | Security: drill rig fuel loan, cross collateralized against Rig on 6/4/10; maybe subordinate to prior lien recorded claims | | | | 2,690,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Cooperative Finance Corporation <br> 2201 Cooperative Way <br> Herndon, VA 20171 <br><br> VALUE $ 11,500,000.00 | | | Security: drill rig UCC-1 recorded 10/14/09 | | | | 8,301,441.00 | 0.00 |

Sheet no. 1 of 3 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) <br> (Total(s) of this page)   | $8,208,528.00 | $

Total(s) <br> (Use only on last page)   | $ | $

(Report also on <br> Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-752 - 31677-301X-06710 - PDF-XChange 3.0

B6D (Official Form 6D) (12/07) – Cont.

In re __Naknek Electric Association, Inc._____,     Case No. ____10-00824_____

                  **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GBR Equipment Inc. <br> 6300 Petersburg <br> Anchorage, AK 99507 | | | Lien: well bore & machinery <br> Security: AS 34.35.125 & 130; lien recorded 7/13/10 for $2,058,518 <br><br> VALUE $    12,000,000.00 | | | X | 2,058,518.00 | 2,058,518.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> Rural Utilities Services <br> 1400 Independence Ave., SW <br> Washington, DC 20250-1500 | | | Security: Power Generation Plant <br><br> VALUE $    11,000,000.00 | | | | 3,139,512.00 | 0.00 |
| ACCOUNT NO. <br><br> Tecton Geologic, LLC <br> 3883 Airway Dr., ste 340 <br> Santa Rosa, CA 95403 | | | Lien: AS34.35.070 lien <br> Security: well bore (legal description incomplete) lien recorded 8/17/10 <br><br> VALUE $    500,000.00 | | | X | 232,107.00 | 232,107.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> TIW Corporation <br> 12300 S Main St <br> Houston, TX 77035 | | | Lien: AS34.35.125 Well lien (but describes "machinery" <br> Security: well bore and possibly drill rig material, well, machinery lien recorded 7/8/10 <br><br> VALUE $    12,000,000.00 | | | | 118,543.00 | 118,543.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> Workstring Alaska <br> 1150 Smede Hwy <br> Broussard, LA 70518 | | | Lien: material, well, machinery lien <br> Security: well footprint lien recorded 9/13/10 <br><br> VALUE $    500,000.00 | | | | 164,640.00 | 164,640.00 This amount based upon existence of Superior Liens |

Sheet no. _2_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                           Subtotal (s) ▶    $5,713,320.00    2,573,808.00
(Total(s) of this page)
                                 Total(s) ▶    $4,446,665.96    4,248,452.00
(Use only on last page)

                                 (Report also on     (If applicable, report
                                 Summary of Schedules)   also on Statistical
                                                Summary of Certain
                                                  Liabilities and Related
                                                Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re __Naknek Electric Association, Inc._____,    Case No.____10-00824_____
               Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.                                         ,        Case No.  10-00824
                              Debtor                                                                              (if known)


☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☑    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_10_ **continuation sheets attached**

In re  Naknek Electric Association, Inc. _____,    Case No. ___10-00824_____
                      **Debtor**                                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)   **Sec. 507(a)(7)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Andrew Magyar | | | | | | | 180.63 | 180.63 | 0.00 |
| ACCOUNT NO. <br><br> Banjamin Baker | | | | | | | 45.00 | 0.00 | 45.00 |
| ACCOUNT NO. <br><br> Baywatch Seafood | | | maybe general unsecured | | | | 206.98 | 0.00 | 206.98 |
| ACCOUNT NO. <br><br> BC Contractors | | | maybe general unsecured | | | | 105.00 | 0.00 | 105.00 |

Sheet no. __1__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $ 537.61 | $ 180.63 | $ 356.98 |

Total ➤ $ _____
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ➤ $ _____   $ _____   $ _____
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.                    ,     Case No.  10-00824
_____           _____
**Debtor**                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     **Sec. 507(a)(7)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Charles & Patrica Kopp | | | | | | | 45.00 | 45.00 | 0.00 |
| ACCOUNT NO.<br><br>Clarence Kraun | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO.<br><br>Davey & Katy Turney | | | | | | | 71.68 | 71.68 | 0.00 |
| ACCOUNT NO.<br><br>David & Christi Beaver | | | | | | | 70.95 | 70.95 | 0.00 |

Sheet no. 2 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $ 192.63 | $ 192.63 | $ 0.00 |
| Total ➤<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re   Naknek Electric Association, Inc.                    ,        Case No.   10-00824
                    **Debtor**                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)        Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> David Soulak | | | | | | | 45.00 | 45.00 | 0.00 |
| ACCOUNT NO. <br><br> Dean & Delverna Swanson | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO. <br><br> Debanks Henward | | | | | | | 93.94 | 93.94 | 0.00 |
| ACCOUNT NO. <br><br> Derek Kuster | | | | | | | 196.20 | 196.20 | 0.00 |

Sheet no. _3_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 340.14 | $ 340.14 | $ 0.00 |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.                    ,     Case No.  10-00824
_____
         Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     **Sec. 507(a)(7)**

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Donald Trainer | | | | | | | 307.64 | 307.64 | 0.00 |
| ACCOUNT NO. <br><br> Dorothy Berggren | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO. <br><br> Estate of Joe Harris | | | Consideration: Credit Cards | | | | 46.09 | 46.09 | 0.00 |
| ACCOUNT NO. <br><br> Estate of Mildred Smythmyer | | | | | | | 89.79 | 89.97 | 0.00 |
| | | | | Subtotal (Totals of this page) | | | $ 448.52 | $ 448.70 | $ 0.00 |
| | | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | $ | | |
| | | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $ | $ |

Sheet no. 4 of 10 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

In re  Naknek Electric Association, Inc.                    ,          Case No.  10-00824
_____          _____
                    **Debtor**                                                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)        Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. George & Amy Riddles | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO. Heather Peters | | | Consideration: | | | | 196.71 | 196.71 | 0.00 |
| ACCOUNT NO. James Bollerud | | | | | | | 318.22 | 318.22 | 0.00 |
| ACCOUNT NO. James Drew | | | | | | | 41.82 | 41.82 | 0.00 |

Sheet no. 5 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 561.75 | $ 561.75 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver.4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.                    ,          Case No.  10-00824
_____                          _____
              **Debtor**                                                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     **Sec. 507(a)(7)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> John Herrity | | | | | | | 2,500.00 | 2,425.00 | 75.00 |
| ACCOUNT NO. <br><br> Johnny Kankanton | | | | | | | 160.00 | 160.00 | 0.00 |
| ACCOUNT NO. <br><br> Joseph & Shirley Duray | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO. <br><br> King Salmon Chapel | | | may be general unsecured | | | | 5.00 | 5.00 | 0.00 |

Sheet no. 6 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 2,670.00 | $ 2,595.00 | $ 75.00 |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re   Naknek Electric Association, Inc. _____ ,        Case No. ___10-00824_____
_____Debtor_____                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. King Salmon Gum | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO. Loukas Barton | | | | | | | 190.71 | 0.00 | 190.71 |
| ACCOUNT NO. Mary Love-Jones | | | | | | | 86.31 | 86.31 | 0.00 |
| ACCOUNT NO. Mary Olsen | | | | | | | 45.00 | 45.00 | 0.00 |

Sheet no. _7_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 327.02 | $ 136.31 | $ 190.71 |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re  Naknek Electric Association, Inc._____,    Case No. ___10-00824_____
                        Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Melissa Keen | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO.<br><br>Nathan Hafield | | | | | | | 177.74 | 177.74 | 0.00 |
| ACCOUNT NO.<br><br>NC Machinery | | | maybe general unsecured | | | | 397.48 | 397.48 | 0.00 |
| ACCOUNT NO.<br><br>Reta & Jay Doland | | | | | | | 184.82 | 184.82 | 0.00 |

Sheet no. _8_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal  ➤ $  765.04    $  765.04    $  0.00
(Totals of this page)

Total  ➤ $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals  ➤ $          $          $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

In re ___Naknek Electric Association, Inc.___,     Case No. ___10-00824_____

                    **Debtor**                                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)     Sec. 507(a)(7)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rich Estrada | | | | | | | 85.01 | 85.01 | 0.00 |
| ACCOUNT NO. <br><br> Robert Bassler | | | | | | | 109.59 | 0.00 | 109.59 |
| ACCOUNT NO. <br><br> Shelly Klein | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO. <br><br> Steve Atwater | | | | | | | 45.00 | 45.00 | 0.00 |

Sheet no. _9_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotal<br>(Totals of this page) ➤ | $ 244.60 | $ 135.01 | $ 109.59 |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.– ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re    Naknek Electric Association, Inc.                    ,          Case No.    10-00824
                        **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    **Sec. 507(a)(7)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Teri Jones | | | | | | | 305.00 | 305.00 | 0.00 |
| ACCOUNT NO. <br><br> Thomas Flynn | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO. <br><br> Trevor Townsend | | | | | | | 5.00 | 5.00 | 0.00 |
| ACCOUNT NO. <br><br> | | | | | | | | | |

Sheet no. __10__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $  315.00 | $ | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $  6,402.31 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $  5,670.21 | $  732.28 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re __Naknek Electric Association, Inc._____,    Case No. ___10-00824_____
              **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

       State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

       If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

       If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

       Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    ☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AIMM Technologies, Inc. <br> P O Box 1086 <br> Kenai, AK 99611 | | | | | | | 54,015.00 |
| ACCOUNT NO. <br><br> Alaska Airlines <br> Dept 4101, PO Box 34936 <br> Seattle, WA 98124-1936 | | | | | | | 44,253.00 |
| ACCOUNT NO. <br><br> Alaska Bearing Corp <br> 350 E International Airport Rd <br> Anchorage, AK 99518 | | | | | | | 632.00 |
| ACCOUNT NO. <br><br> Alaska Business Supply <br> 1503 W 33rd St., Ste 204 <br> Anchorage, AK 99503 | | | | | | | 657.00 |

____18____ continuation sheets attached

                                          Subtotal ➤    $    99,557.00

                                            Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Naknek Electric Association, Inc. _____ ,     Case No. ___10-00824_____
_____Debtor_____                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Alaska Cargo Express <br> PO Box 190248 <br> Anchorage, AK 99519-0248 | | | | | | | 659.00 |
| ACCOUNT NO. <br> Alaska Commercial Co <br> 550 W 64th Ave., Ste 204 <br> Anchorage, AK 99503 | | | | | | | 2,369.00 |
| ACCOUNT NO. <br> Alaska DNR <br> 550 W 7th Ave., Ste 1410 <br> Anchorage, AK 99501-3554 | | | | | | | 100.00 |
| ACCOUNT NO. <br> Alaska Earth Science <br> 11401 Olive La <br> Anchorage, AK 99515-3062 | | | | | | | 192,468.00 |
| ACCOUNT NO. <br> Alaska Power Assoc <br> 703 W Tudor Rd., ste 200 <br> Anchorage, AK 99503-6650 | | | | | | | 550.00 |

Sheet no. _1_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 196,146.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc._____,     Case No. __10-00824_____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alaska Sales & Service<br>1300 E 5th Ave.<br>Anchorage, AK99501 | | | | | | | 1,056.00 |
| ACCOUNT NO.<br><br>ALFA Aluminum Fab Co Inc<br>PO Box 319<br>King Salmon, AK 99613 | | | | | | | 156.00 |
| ACCOUNT NO.<br><br>Alta Air Logistics<br>1407 W 31st Ave<br>Anchorage, AK 99503 | | | | | | | 45,033.00 |
| ACCOUNT NO.<br><br>AMTEST Air Quality<br>3401 Minnesota Dr, Ste 300<br>Anchorage, AK 99503 | | | | | | | 15,286.00 |
| ACCOUNT NO.<br><br>Arctic Drilling<br>P O Box 58317<br>Fairbanks, AK 99711-0317 | | | | | | | 12,000.00 |

Sheet no. __2__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   73,531.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.-5.752 - 31677-301X-06710 - PDF-XChange 3.0

In re <u>Naknek Electric Association, Inc.</u>, Case No. <u>10-00824</u>
Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AT & T Alascom <br> PO Box 105068 <br> Atlanta, GA 30348-5068 | | | | | | | 316.00 |
| ACCOUNT NO. <br><br> Auckland UniServices Ltd <br> Private bag 92019 AMC+L42 <br> Auckland 1142 <br> New Zealand | | | | | | | 40,247.00 |
| ACCOUNT NO. <br><br> Beacon Occupational Health <br> 800 Cordova St <br> Anchorage, AK 99501 | | | | | | | 120.00 |
| ACCOUNT NO. <br><br> Bristol Bay Borough <br> P O Box 189 <br> Naknek, AK 99633 | | | | | | | 990.00 |
| ACCOUNT NO. <br><br> Bristol Bay Contractors <br> P OBox 234 <br> King Salmon, AK 99613 | | | | | | | 291,090.00 |

Sheet no. <u>3</u> of <u>18</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    332,763.00

Total ➤ $

(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Naknek Electric Association, Inc.                         ,          Case No.  10-00824
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Bristol Bay Telephone PO Box 259 King Salmon, AK 99613 | | | | | | | 807.00 |
| ACCOUNT NO. | | | | | | | |
| Cal Worthington Ford 1950 Gambell Anchorage, Ak 99501 | | | | | | | 279.00 |
| ACCOUNT NO. | | | | | | | |
| California Contractor Supply 7729 Burnett Ave Van Nuys, CA 91405 | | | | | | | 97.00 |
| ACCOUNT NO. | | | | | | | |
| Cameron Corp Drilling systems 5003 93rd St Edmonton, AB T6E 5S9 Canada | | | | | | | 0.00 |
| ACCOUNT NO.  attn LB#310106 | | | | | | | |
| Carlile Transport PO Box 190145 Anchorage, AK 99519-4346 | | | | | | | 53,597.00 |

Sheet no. __4__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  54,780.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re    Naknek Electric Association, Inc.                        ,          Case No.    10-00824
_____                              _____
                        **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Centrifuge Services, Inc. <br> Ste 1, 5304-50 St. <br> Leduc, AB T9E 6Z6 | | | | | | | 8,260.00 |
| ACCOUNT NO. <br><br> Chancellor Oil Tools, Inc. <br> 3521 Gulf St <br> Bakersfield, CA 93308-5210 | | | | | | | 103,780.00 |
| ACCOUNT NO. <br><br> Civil Air Patrol Magazine <br> 1231 W Northern Lights Blvd #445 <br> Anchorage, AK 99503 | | | | | | | 200.00 |
| ACCOUNT NO. <br><br> Conney Safety <br> 3202 Lathan Drive <br> PO Box 44575 <br> Madison, WI 53744-4575 | | | | | | | 232.00 |
| ACCOUNT NO. <br><br> Construction Machinery LLC <br> 5400 Homer Dr <br> Anchorage, AK 99518 | | | | | | | 4,997.00 |

Sheet no.  5   of  18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    117,469.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re   Naknek Electric Association, Inc.                              ,          Case No.   10-00824
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cooperative Finance Corporation<br>2201 Cooperative Way<br>Herndon, VA 20171 | | | original line of credit, possibly cross-collateralized against Rig on 6/4/10 | | | | 10,000,000.00 |
| ACCOUNT NO.<br>Cooperative Finance Corporation<br>2201 Cooperative Way<br>Herndon, VA 20171 | | | ine of Credit, possibly cross-collateralized against Rig 6/4/10 | | | | 6,000,000.00 |
| ACCOUNT NO.<br>Delta Western<br>P O Box 79018<br>Seattle, WA 98119 | | | | | | | 1,238.00 |
| ACCOUNT NO.<br>Dept of Energy<br>1617 Cole Blvd.<br>Golden, CO 80401 | | | Consideration: DOE grant | X | | X | 2,846,000.00 |
| ACCOUNT NO.<br>DHS Drilling Co<br>PO Box 277<br>Casper, WY 82602 | | | | | | | 104,479.00 |

Sheet no. __6__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $  18,951,717.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc._____ ,     Case No. __10-00824_____
_____Debtor_____                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dowland-Bach <br> PO Box 230126 <br> Anchorage, AK 99523-0126 | | | | | | | 41,799.00 |
| ACCOUNT NO. <br><br> Drilling Systems Cameron Corp. <br> #C3152 <br> PO Box 9158 Station M <br> Calgary, AB T2P 5E1 | | | | | | | 83,161.00 |
| ACCOUNT NO. <br><br> Entrix <br> P O Box 712103 <br> Cinncinati, OH 45271-2103 | | | | | | | 40,000.00 |
| ACCOUNT NO. <br><br> Far West Line Specialties <br> 4435 Traffic Way <br> Atascadero, CA 93422 | | | | | | | 1,007.00 |
| ACCOUNT NO. <br><br> GCI <br> P O Box 99016 <br> Anchorage, AK 99509-9016 | | | | | | | 91.00 |

Sheet no. __7__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 166,058.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.                    ,          Case No.  10-00824
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Geothermex, Inc. 3260 Blume St Richmond, CA 94806 | | | | | | | 78,663.00 |
| ACCOUNT NO.  Glacier Construction Services 2201 Inter Ave., Ste A Puyallup, WA 98372 | | | | | | | 1,050.00 |
| ACCOUNT NO.  Industrial Boiler & Controls P O Box 91418 Anchorage, AK 99509-1418 | | | | | | | 72,583.00 |
| ACCOUNT NO.  Infostat Systems Inc 1545 River Park Dr., Ste 350 Sacramento, CA 95815 | | | | | | | 1,920.00 |
| ACCOUNT NO.  Kempell Huffman Ellis 255 E Fireweed Ln, Ste 200 Anchorage, AK 99503 | | | | | | | 14,164.00 |

Sheet no. __8__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  168,380.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.752 - 31677-301X-06710 - PDF-XChange 3.0

In re ___Naknek Electric Association, Inc._____,      Case No. ___10-00824_____

                     **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>King Flying Service<br>P O Box 26<br>Naknek, Ak 99633 | | | | | | | 1,560.00 |
| ACCOUNT NO. <br><br>King Salmon Ground LLC<br>P O Box 214<br>King Salmon, AK 99613 | | | | | | | 184.00 |
| ACCOUNT NO. <br><br>Kuster a Probe Co.<br>2900 East 29th St<br>Long Beach, CA 90806 | | | | | | | 294.00 |
| ACCOUNT NO. <br><br>L & M Equip<br>7362 W Parks Hwy # 462<br>Wasilla AK 99654-9132 | | | | | | | 2,065.00 |
| ACCOUNT NO. <br><br>Lynden Transport<br>PO Box 3725<br>Seattle, WA 98124-3725 | | | | | | | 268.00 |

Sheet no. __9__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $     4,371.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc. _____ ,        Case No. __10-00824_____
                           **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mikunda Cottrell & Co Inc <br> 3601 C St., Ste 600 <br> Anchorage, AK 99503 | | | | | | | 26,106.00 |
| ACCOUNT NO. <br> Mink Geo Hydro Inc <br> PO Box Worley <br> Worley, ID 83876 | | | | | | | 8,955.00 |
| ACCOUNT NO. <br> Naknek Riverine Lodge <br> PO Box 84 <br> Naknek, AK 99633 | | | | | | | 4,500.00 |
| ACCOUNT NO. <br> Naknek Trading Co <br> PO Box 209 <br> Naknek, AK 99633 | | | | | | | 7,359.00 |
| ACCOUNT NO. <br> NAPA Auto Parts <br> PO Box 59 <br> Naknek, AK 99633 | | | | | | | 6,334.00 |

Sheet no. __10__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   53,254.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.                    ,          Case No.  10-00824
Debtor                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| National Oilwell Varco LP PO Box 200838 Dallas, TX 75320-0838 | | | | | | | 210,500.00 |
| ACCOUNT NO. | | | | | | | |
| NC Machinery PO Box 58201 Tukwila, WA 98138-1201 | | | | | | | 3,217.00 |
| ACCOUNT NO. | | | | | | | |
| Network Innovation 4720 W Jennifer Ave- 101 Fresno, CA 93722 | | | | | | | 1,378.00 |
| ACCOUNT NO. | | | | | | | |
| North Mail Inc 5720 B St Anchorage, AK 99518-1643 | | | | | | | 407.00 |
| ACCOUNT NO. | | | | | | | |
| Northern Air Cargo 3900 Old Intn'l Airport Rd Anchorage, AK 99502 | | | | | | | 249,837.00 |

Sheet no.  11  of  18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    465,339.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.752 - 31677-301X-06710 - PDF-XChange 3.0

In re   Naknek Electric Association, Inc._____,        Case No. __10-00824_____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Northern Magnets<br>PO Box 7222<br>Nikiski, AK 99635 | | | | | | | 7,715.00 |
| ACCOUNT NO.<br><br>Northland Services<br>Dept 85 - PO Box 34935<br>Seattle, WA 98124 | | | | | | | 70,900.00 |
| ACCOUNT NO.<br><br>NOV Rig Solutions<br>PO Box 210202<br>Dallas, TX 75320-1202 | | | | | | | 219,147.00 |
| ACCOUNT NO.<br><br>NOV Tuboscope<br>P O Box 808<br>Houston, TX 77001 | | | | | | | 434.00 |
| ACCOUNT NO.<br><br>NWPPA<br>9817 NE 54th St<br>Vancouver, WA 98662 | | | | | | | 1,250.00 |

Sheet no. __12__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    299,446.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.                    ,          Case No.   10-00824
_____              _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                    | | | | | | | |
| Office Products Services PO Box 240092 Anchorage, AK 99524-0092 | | | | | | | 649.00 |
| ACCOUNT NO.                                    | | | | | | | |
| Oil Works, Inc. P O Box 69170 2416 North FM 1936 Odessa, TX 79769 | | | | | | | 73,548.00 |
| ACCOUNT NO.                                    | | | | | | | |
| Patterson Sanitation & Refuse PO Box 475 King Salmon, AK 99613 | | | | | | | 2,768.00 |
| ACCOUNT NO.                                    | | | | | | | |
| Pearson Education PO Box 409479 Atlanta, GA 30384-9479 | | | | | | | 2,298.00 |
| ACCOUNT NO.                                    | | | | | | | |
| Peninsula Air 6100 Boeing Ave Anchoage, AK 99502 | | | | | | | 962.00 |

Sheet no. 13 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      80,225.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re   Naknek Electric Association, Inc._____,      Case No. ___10-00824_____
                         **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Perman Stoler CHB Inc P O Box 190066 Anchorage, AK 99519-0066 | | | | | | | 1,069.00 |
| ACCOUNT NO. | | | | | | | |
| Potelcom Supply Inc. 1125 Orca St Anchorage, AK 99501 | | | | | | | 5,268.00 |
| ACCOUNT NO. | | | | | | | |
| Rain for Rent P O Box 1931 Kenai, AK 99611 | | | | | | | 9,000.00 |
| ACCOUNT NO. | | | | | | | |
| Rediske Air P O Box 7079 Nikiski, AK 99635 | | | | | | | 12,365.00 |
| ACCOUNT NO. | | | | | | | |
| Redline Taxi PO Box 319 Naknek, AK 99633 | | | | | | | 218.00 |

Sheet no. __14__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    27,920.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re   Naknek Electric Association, Inc.                    ,          Case No.   10-00824
_____          _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ruralite Services <br> 1400 Independence Way SW <br> Washington DC 20250-1500 | | | | | | | 45.00 |
| ACCOUNT NO. <br><br> Sams Club <br> PO Box 9001907 <br> Luisville, KY 40290-1907 | | | | | | | 135.00 |
| ACCOUNT NO. <br><br> Saybolt LP <br> PO Box 844640 <br> Dallas, TX 75284-4640 | | | | | | | 3,827.00 |
| ACCOUNT NO. <br><br> Schroeder Consulting Services <br> 471 West 36th Ave, Ste 200 <br> Anchorage, AK 99503 | | | | | | | 569.00 |
| ACCOUNT NO. <br><br> Seamar Naknek <br> PO Box 99098 <br> Seattle, WA 98139-0098 | | | | | | | 1,017.00 |

Sheet no. _15_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   5,593.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-5.752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.                                    ,        Case No.  10-00824
        **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>SGS<br>PO Box 2502<br>Carol Stream, IL 60132-2502 | | | | | | | 3,732.00 |
| **ACCOUNT NO.**<br>Southwest Municipal Conference<br>330 Arctic Blvd., Ste 230<br>Anchorage, AK 99503 | | | | | | | 130.00 |
| **ACCOUNT NO.**<br>Spencer Sneed<br>Dorsey Whitney<br>1031 W Fourth Ave., Ste 600<br>Anchorage, AK 99501-5907 | | | atty for CoBank | | | | Notice Only |
| **ACCOUNT NO.**<br>Tatonduk Outfitters Ltd<br>PO Box 61680<br>Fairbanks, AK 99706 | | | | | | | 213,187.00 |
| **ACCOUNT NO.**<br>The Castle Mountain Group<br>PO Box 1208<br>Chickaloon, AK 99674 | | | | | | | 1,995.00 |

Sheet no. __16__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 219,044.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.                    ,        Case No.  10-00824
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ThermaSource Inc. <br> 3883 Airway Dr., Ste 235 <br> Santa Rosa, CA 95403 | | | | | | | 176,781.00 |
| ACCOUNT NO. <br><br> Tire Distribution Systems Inc <br> 1150 International Airport Rd <br> Anchorage, AK 99518 | | | | | | | 1,101.00 |
| ACCOUNT NO. <br><br> TIW Corp <br> PO Box 4346, Dept 679 <br> Houston, TX 77210-4346 | | | | | | | 118,543.00 |
| ACCOUNT NO. <br><br> TNG Energy Services Inc <br> 3505 Standard St. <br> Bakersfield, CA 93308 | | | | | | | 24,000.00 |
| ACCOUNT NO. <br><br> TTT Environmental <br> 4201 B St <br> Anchorage, AK 99503 | | | | | | | 120.00 |

Sheet no. __17__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 320,545.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Naknek Electric Association, Inc.                          ,        Case No.   10-00824
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Veizades & Assoc<br>No 5. 3rd St., Ste 400<br>San Francisco, CA 94103 | | | | | | | 50,000.00 |
| ACCOUNT NO.<br>Weatherford Drilling Services<br>PO Box 200019<br>Houston, TX 77216-0019 | | | | | | | 201,863.00 |
| ACCOUNT NO.<br>Weaver Bros.<br>PO Box 2229<br>Kenai, AK 99611 | | | | | | | 69,994.00 |
| ACCOUNT NO.<br>Worksafe<br>3230 C St., Ste 200<br>Anchorage, AK 99503 | | | Consideration: Credit Cards | | | | 0.00 |
| ACCOUNT NO.<br>Worldwide Fuel<br>PO Box 299<br>Naknek, AK 99633-0299 | | | Consideration: Credit Cards | | | | 5,977.00 |

Sheet no.  18  of  18  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    327,834.00

Total ➤  $  -20,985,700.96

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.752 - 31677-301X-06710 - PDF-XChange 3.0

In re  Naknek Electric Association, Inc.  Case No.  10-00824
_____          _____
          Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INN Electric Coop PO Box 101 Illiamna, AK 99606 | contract to provide management services |
| | |
| | |
| | |
| | |
| | |
| | |

In re   Naknek Electric Association, Inc.        Case No.    10-00824

               **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

# United States Bankruptcy Court
### District of Alaska

In re    Naknek Electric Association, Inc.      Case No.   10-00824
             Debtor

                                               Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 320,000.00 | | |
| B – Personal Property | YES | 3 | $1,170,040.87 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | -$4,446,665.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 12 | | $ 6,402.31 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | -$20,985,700.96 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 41 | -$21,459,632.09 | $7,523,708.35 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5-752 - 31675-301X-06710 - PDF-XChange 3.0

# United States Bankruptcy Court
### District of Alaska

In re    Naknek Electric Association, Inc.        Case No.    10-00824
                 Debtor

                                                   Chapter    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6 (Official Form 6 - Declaration) (12/07)

Naknek Electric Association, Inc.

In re _____    Case No. 10-00824
                 **Debtor**                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                                      Debtor:

Date _____    Signature: _____
                                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____    _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  general manager  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Naknek Electric Association, Inc. [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  43  sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date  10/12/10 _____    Signature: __/s/ Donna Vukich_____

                                                    DONNA VUKICH
                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.