KAY HILL
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
605 WEST 4TH AVENUE, SUITE 258
ANCHORAGE, ALASKA  99501
TELEPHONE:  (907) 271-2600
FAX:        (907) 271-2610


            IN THE UNITED STATES BANKRUPTCY COURT

                   FOR THE DISTRICT OF ALASKA


In re                          )
                               )       CASE NO. A-10-00824-DMD
NAKNEK ELECTRIC ASSOCIATION,   )       CHAPTER 11
INC.,                          )
                               )
            Debtor.            )       APPOINTMENT OF COMMITTEE OF
                               )       UNSECURED CREDITORS

     Pursuant to Sec. 1102(a) and Sec. 1102(b)(1) of the
Bankruptcy Code, the following creditors of the above-named
debtor being among those holding the largest unsecured claims (or
who are members of a committee organized by creditors before the
order of relief under Chapter 11 of the Bankruptcy Code which was
fairly chosen and is representative of different kinds of claims
to be represented) and who are willing to serve, are appointed to
the committee of unsecured creditors:

    1.   BAKER HUGHES OIL FIELD OPERATIONS, INC., Attn:
         Christopher J. Ryan, 2929 Allen Parkway, Suite 2100,
         Houston, TX 77019.  Telephone: (713) 439-8771; Fax:
         (713) 439-8778.

    2.   BC CONTRACTORS, Attn: Hazel Nelson, President, 1225 E.
         International Airport Road, Suite 135, Anchorage, AK
         99518.  Telephone: (907) 561-4777; Fax: (907) 561-4778.

    3.   THERMASOURCE, INC., Attn: Jennifer Capuano, Senior
         Legal Clerk, 3883 Airway Drive, Suite 340, Santa Rosa,
         CA 95403.  Telephone: (707) 636-5805; Fax: (707) 523-
         1029.

    4.   GRB EQUIPMENT, INC., Attn: Greg G. Silvey, Attorney,
         Guess & Rudd, 510 L Street, Suite 700, Anchorage, AK
         99501.  Telephone: (907) 793-2200; Fax: (907) 793-2299.

5. BRISTOL BAY CONTRACTORS, Attn: Calvin R. Jones, Attorney, Jones & Colver, LLC, 3201 C Street, Suite 203, Anchorage, AK 99503.  Telephone: (907) 272-6511; Fax: (907) 276-6511.

6. NORTHERN AIR CARGO, Attn: Colin T. Dolan, Credit Specialist, 3900 Old International Airport Road, Anchorage, AK 99502.  Telephone: (907) 249-5162; Fax: (907) 249-5192

7. CENTRIFUGE SERVICES LLC, Attn: Jeffrey Robbins, President, 7362 W. Parks Hwy., #730, Wasilla, AK 99654, Telephone: (907) 354-6856; Fax: (907) 376-7556.

### Meeting of Creditors

The **Meeting of Creditors** was held on **November 1, 2010 and continued to November 24, 2010 at 11:00 a.m.** in the U.S. Trustee's Hearing Room, Room 250, 605 West 4th Avenue, Anchorage, Alaska.

### Creditor Committee Formation Meeting

**The organizational meeting of the unsecured creditors committee with a representative of the Office of the United States Trustee was held on Monday, November 1, 2010 and a second meeting will follow the meeting of creditors scheduled for November 24, 2010 at 11:00 a.m.**

DATED this 3rd day of November, 2010.

                Respectfully Submitted,

                ROBERT D. MILLER
                UNITED STATES TRUSTEE


                /s/ Kay Hill
                KAY HILL
                ASSISTANT UNITED STATES TRUSTEE

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the
foregoing Appointment of Committee of
Unsecured Creditors was served on November 3, 2010,
by electronic means through the ECF system
as indicated on the Notice of Electronic filing
on:

Michelle L. Boutin

Jon S. Dawson

Carl Dore

Calvin R. Jones

Erik LeRoy

David W. Oesting

Richard L. Pomeroy

David J. Schmid

John C. Siemers

Gregory G. Silvey

Gary C. Sleeper

Spencer C. Sneed

Phil F. Snow

William Ross Spence

Joan Travostino

Matthew J. Troy

Kristin S. Wallis


And via U.S. Postal Service, First Class,
Postage Prepaid, on November 3, 2010, on:

BAKER HUGHES OIL FIELD OPERATIONS, INC.
Attn: Christopher J. Ryan
2929 Allen Parkway, Suite 2100
Houston, TX

BC CONTRACTORS
Attn: Hazel Nelson, President,
1225 E. International Airport Road, Suite 135
Anchorage, AK

THERMASOURCE, INC.
Attn: Jennifer Capuano, Senior Legal Clerk,
3883 Airway Drive, Suite 340
Santa Rosa, CA 95403

APPOINTMENT OF UNSECURED CREDITORS COMMITTEE                              PAGE 3

```
GRB EQUIPMENT, INC.
Attn: Greg G. Silvey, Esq.
Guess & Rudd, 510 L Street, Suite 700
Anchorage, AK 99501


BRISTOL BAY CONTRACTORS
Attn: Calvin R. Jones, Esq.
Jones & Colver, LLC
3201 C Street, Suite 203
Anchorage, AK 99503


NORTHERN AIR CARGO
Attn: Colin T. Dolan, Credit Specialist
3900 Old International Airport Road
Anchorage, AK 99502


CENTRIFUGE SERVICES LLC
Attn: Jeffrey Robbins, President
7362 W. Parks Hwy., #730
Wasilla, AK 99654



Dated: November 3, 2010


/s/ Elaine M. Nelson
Elaine M. Nelson, Paralegal Specialist
```