KAY HILL
ASSISTANT UNITED STATES TRUSTEE
605 WEST 4TH AVENUE, SUITE 258
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 271-2600
FAX: (907) 271-2610

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NAKNEK ELECTRIC ASSOCIATION, INC. | ) ) | CASE NO 10-00824-DMD CHAPTER 11 |
| | ) | |
| Debtor. | ) ) ) | APPOINTMENT OF COMMITTEE OF EQUITY SECURITY HOLDERS |

Pursuant to § 1102(a) and § 1102(b)(2) of the Bankruptcy Code, the following members of the above-named debtor, a member-owned cooperative corporation, as members being willing to serve, are appointed to the committee of equity security holders:

1. LAKE AND PENINSULA BOROUGH: RICHARD E. WALLACE, FINANCE OFFICER, PO BOX 495, KING SALMON, AK 99613, TEL 907-246-3421, FAX 907-246-6602, E-MAIL finance@lakeandpen.com, richardewallace@hotmail.com

2. BRISTOL BAY HOUSING AUTHORITY: DAVE MCCLURE, EXECUTIVE DIRECTOR, PO BOX 50, DILLINGHAM, AK 99576, TEL 907-842-6500, FAX 907-842-2784, E-MAIL dmcclure@bbha.org

3. BROOKSIDE PROPERTIES INC/ARCADIA CORPORATION DBA KING KO INN: PAUL KOVAL, PRESIDENT, PO BOX 111830, ANCHORAGE, AK

99511-1830, TEL 907-562-0648, FAX 907-567-0658, E-MAIL

    paul@kingko.com

4.  SANDOR MANYOKY: 3900 EAST 112th AVENUE, ANCHORAGE, AK 99516,

    TEL 907-947-3499, FAX 907-349-8791, E-MAIL haas@gci.net

5.  PAUG-VIK: DANIEL CASEY, GENERAL MANAGER, PO BOX 61, NAKNEK,

    AK 99633, TEL 202-812-3020, FAX 866-653-3282, E-MAIL

    Qci@gci.net

6.  LORREN/HEIDEMARIE WEAVER: PO BOX 497, KING SALMON, AK 99613,

    TEL 907-246-3011 OR 907-929-1298, CELL 907-947-6415, FAX

    907-929-1298, E-MAIL lorrenw@starband.net

7.  BRISTOL BAY BOROUGH: BRANT MURSCH, PO BOX 547, NAKNEK, AK

    99633, TEL 907-246-3966, FAX 907-246-6633, E-MAIL

    brantmursch@bristolbayboroughak.us

The meeting of creditors was held on November 1, 2010, continued to November 24, 2010, and concluded on that date.

The organizational meeting of the equity security holders with a representative of the Office of the United States Trustee was held on November 24, 2010.

ROBERT D. MILLER, JR.
UNITED STATES TRUSTEE

DATED: November 30, 2010    /S/ KAY HILL
                            KAY HILL
                            ASSISTANT UNITED STATES TRUSTEE

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the
foregoing Appointment of Committee of
Equity Security Holders was served on November 30, 2010,
by electronic means through the ECF system
as indicated on the Notice of Electronic filing
on:

Michelle L. Boutin

Jon S. Dawson

Carl Dore

Calvin R. Jones

Erik LeRoy

David W. Oesting

Richard L. Pomeroy

David J. Schmid

John C. Siemers

Gregory G. Silvey

Gary C. Sleeper

Spencer C. Sneed

Phil F. Snow

William Ross Spence

Joan Travostino

Matthew J. Troy

Kristin S. Wallis

Roy Longacre

And via U.S. Postal Service, First Class,
Postage Prepaid, on November 30, 2010, on:

Andy Leman
Kempell Huffman & Ellis, PC
255 E. Fireweed Lane, Suite 200
Anchorage, AK 99503

Timothy C. Verrett
Law Offices of timothy C. Verrett
431 West 7th Avenue, Suite 205
Anchorage, AK 99501

BAKER HUGHES OIL FIELD OPERATIONS, INC.
Attn: Christopher J. Ryan
2929 Allen Parkway, Suite 2100
Houston, TX 77019

BC CONTRACTORS
Attn: Hazel Nelson, President,
1225 E. International Airport Road, Suite 135
Anchorage, AK 99518

THERMASOURCE, INC.
Attn: Jennifer Capuano, Senior Legal Clerk,
3883 Airway Drive, Suite 340
Santa Rosa, CA 95403

GRB EQUIPMENT, INC.
Attn: Greg G. Silvey, Esq.
Guess & Rudd, 510 L Street, Suite 700
Anchorage, AK 99501

BRISTOL BAY CONTRACTORS
Attn: Calvin R. Jones, Esq.
Jones & Colver, LLC
3201 C Street, Suite 203
Anchorage, AK 99503

NORTHERN AIR CARGO
Attn: Colin T. Dolan, Credit Specialist
3900 Old International Airport Road
Anchorage, AK 99502

CENTRIFUGE SERVICES LLC
Attn: Jeffrey Robbins, President
7362 W. Parks Hwy., #730
Wasilla, AK 99654

Lake and Peninsula Borough
Attn: Richard E. Wallace, Finance Officer
P. O. Box 495
King Salmon, AK 99613

Bristol Bay Housing Authority
Attn: Dave McClure, Executive Director
P. O. Box 50
Dillingham, AK 99576

Brookside Properties, Inc.
Arcadia Corporation d/b/a King Ko Inn
Paul W. Koval, President
P. O. Box 111830
Anchorage, AK 99511-1830

Sandor Manyorky
3900 East 112th Avenue
Anchorage, AK 99516

Paug-Vik
Attn: Daniel Casey, General Manager
P. O. Box 61
Naknek, AK 99633

Heidemarie and Lorren Weaver
P. O. Box 497
King Salmon, AK 99613

Bristol Bay Borough
Attn: Brant Mursch
P.O. Box 547
Naknek, AK 99633


Dated: November 30, 2010


/s/ Elaine M. Nelson
Elaine M. Nelson, Paralegal Specialist