David H. Bundy (AK Bar 7210043)
DAVID H. BUNDY, P.C.
310 K Street Suite 200
Anchorage, AK  99501
Telephone:     (907) 248-8431
Facsimile:      (907) 248-8434
Email: dhb@alaska.net

Attorney for Official Committee of Equity Security Holders

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| NAKNEK ELECTRIC ASSOCIATION, INC., | ) | Case No. 10-00824-DMD |
| | ) | |
| Debtor | ) | |
| | ) | |

**APPLICATION TO EMPLOY COUNSEL**

The application of the Official Committee of Equity Security Holders (the "Committee") respectfully represents:

1. On September 29, 2010, the Debtor filed a voluntary petition in this Court under Chapter 11 of the Bankruptcy Code.

2. On November 30, 2010 the Office of the U. S. Trustee appointed the Committee.

3. On November 30, 2010 the Committee held its first meeting following the appointment of the Committee. All seven members attended. The undersigned was chosen as Chair of the Committee.

4. At the same meeting the Committee by a unanimous vote of the members

Application to Employ Counsel– Page 1

present agreed to employ David H. Bundy as bankruptcy counsel to work in the following areas:

    a. Reviewing the Debtor's corporate and financial records and identifying issues of concern to the Committee;

    b. advising and representing the Committee and the interests of the Debtor's members with respect to proposed financing and the sale or refinancing of property of the estate;

    c. advising and representing the Committee and the interests of the Debtor's members with respect to formation and negotiation of a plan of reorganization and disclosure statement.

5. David H. Bundy is a duly licensed attorney at law and a member of the Bar of this Court, and is experienced in the type of matter for which Debtors wish to engage him. His address is 310 K Street, Suite 200, Anchorage AK 99501. The employment of attorneys in this case is authorized by 11 U.S.C. § 327.

6. To the best of applicant's knowledge, information and belief, David H. Bundy does not hold or represent an interest adverse to the Debtor's bankruptcy estate as required by 11 U.S.C. § 327 and is a disinterested person in this bankruptcy proceeding as defined by 11 U.S.C. § 101(13) (A- E).

    WHEREFORE, the Committee requests the Court to enter an order authorizing it to employ David H. Bundy, P.C. as bankruptcy counsel, whose fees shall be paid pursuant to the U. S. Bankruptcy Code and the orders of this Court.

Dated this 1st day of December, 2010.


Richard E. Wallace
Chairman, COOP Members Committee

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on the 1st day of December 2010, the foregoing document was served by ECF on

- U. S. Trustee
- Michelle Boutin
- Carl Dore
- Calvin R. Jones
- Erik LeRoy
- David W. Oesting
- Richard L Pomeroy
- David J. Schmidt
- John C Siemers
- Gregory G. Silvey
- Gary C. Sleeper
- Spencer C. Sneed
- Phil F. Snow
- William Ross Spence
- Joan Travostino
- Matthew J. Troy
- Kristin S. Wallis
- Roy Longacre
-
- and by email on the Committee Members


- and by U. S. Mail (first class) on

- Andy Leman
  Kempell Huffman & Ellis PC
  255 E Fireweed Lane Suite 200
  Anchorage AK 99503

Application to Employ Counsel- Page 3

- Timothy C. Verrett
  Law Office of Timothy Verrett
  431 West 7th Avenue Suite 205
  Anchorage AK 99501

- Baker Hughes Oilfield Operations, Inc.
  Attn: Christopher J. Ryan
  2929 Allen Parkway Suite 2100
  Houston TX 77019

  BC Contractors
  Attn: Hazel Nelson, President
  1225 E International Airport Road Suite 135
  Anchorage AK 99518

- Thermasource, Inc.
  Attn: Jennifer Capuano
  3883 Airway Drive Suite 340
  Santa Rosa, CA 95403

- Northern Air Cargo, Inc.
  Attn: Colin Dolan
  3900 Old International Airport Road
  Anchorage AK 99518

  Centrifuge Services LLC
  Attn: Jeffrey Robbins
  7362 W Parks Highway #730
  Wasilla AK 99654


By___/s/ David H. Bundy_____
      David H. Bundy