# Arctic Drilling Inc.

PO Box 58317
Fairbanks, AK 99711
907-451-8706

# Invoice

| Date | Invoice # |
|---|---|
| 12/3/2010 | 4056.143 |

**Bill To:**

NEA
Donna Vukich

| JOB #: | Due Upon Receipt |
|---|---|
|  | 12/3/2010 |

| Item | Description | Qty | Rate | Serviced | Amount |
|---|---|---|---|---|---|
|  | Unpaid booster rent from September 30 through December 1 |  |  |  |  |
| Rental | Rent for month of October | 1 | 12,000.00 |  | 12,000.00 |
| Rental | Rent for month of November | 1 | 12,000.00 |  | 12,000.00 |
| Rental | Radiator repairs to booster estimated at $7500 | 1 | 7,500.00 |  | 7,500.00 |

Invoices, due and payable when submitted. Interest will accrue @ monthly compounded rate of 1.5% after 30 days.

| | |
|---|---|
| **Total:** | $31,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due:** | $31,500.00 |

Exhibit  B
Page  1  of  1