Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
(907) 277-2006
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re: : Case No. A10-00824
: Chapter 11
Naknek Electric Association, Inc. :
: **NOTICE OF MOTION TO APPROVE LOAN TO BUY**
: **FUEL & OF HEARING ON MOTION, & OF**
Debtor. : **RESCHEDULED CONTINUED CASH COLLATERAL**
: **AND STATUS CONFERENCE HEARING**

Notice is hereby given that the Debtor has filed a Motion to Approve Debtor in Possession Financing for its 2011 Fuel Loan. Subject to its Board's approval, National Rural Utilities Cooperative Finance Corporation (CFC) has agreed to loan Debtor up to $6,000,000 to allow Debtor purchase 1.5 million gallons of fuel which it needs to continue operations past mid-June, 2011. To secure repayment of the loan CFC will receive a lien in and against the Debtor's diesel power generation facilities in Naknek pursuant to 11 U.S.C. §364(d)(1). CFC's lien to secure this loan will be superior or senior to the lien Rural Utilities Services holds against these assets.

Notice is also hereby given that the Status Conference and Continued Cash Collateral hearing scheduled for April 26, 2011 has been vacated. Those hearings will be now be held at the time set forth in this Notice.

**Please further take notice that a hearing has been scheduled on the above-described matters for May 2, 2011 at 2:15 p.m. in the Historic Courtroom, U.S. Bankruptcy Court, 605 W 4th Ave., Anchorage, Alaska. If you object to the above-described Motion, you must object in writing at or before the hearing.**

The Motion is available for inspection at the Office of the Clerk, the Old Federal Building, 605 West Fourth Avenue, Suite 138, Anchorage, Alaska or at the office of the undersigned.

If you object to entry of an order approving this Motion your objection is to be filed in the Office of the Clerk of the above entitled Court at 605 W. 4th Avenue, Suite 138, Anchorage, Alaska 99501-2296 and a copy served on the undersigned on or before said date. If you cannot attend the hearing in person, you may call the U.S. Bankruptcy Court In-Court Deputy Clerk at (907) 271-2640, at least 3 days in advance of the hearing to request telephonic attendance.

SHOULD YOU FAIL TO SO OBJECT OR HAVING OBJECTED FAIL TO APPEAR AT THE HEARING, PLEASE BE ADVISED THAT THE COURT MAY ENTER THE ABOVE DESCRIBED ORDER WITHOUT FURTHER NOTICE TO YOU.

April 19, 2011                                                                 Erik LeRoy, P.C.
                                                                               Attorney for Debtor

                                                                               /s/ Erik LeRoy

Certificate of Service

I certify that on April 19, 2011, a copy of this pleading was served on the attached Official Service List either by first class mail or by ECF, if the recipient is an ECF filer.

Erik LeRoy

*/s/ Erik LeRoy*