PROCEEDING MEMORANDUM

Filed On 5/2/11

Monday                                                    Anchorage, Alaska
May 2, 2011

| TIME | CASE NUMBER, NAME, and CHAPTER  TYPE OF PROCEEDING and COUNSEL |
|---|---|
| 2:15 p.m. | Case No. A10-00824-DMD, **In re NAKNEK ELECTRIC ASSOCIATION, INC., Debtor.** Ch 11.  **TELEPHONIC** Erik LeRoy for the Debtor; Zane Wilson/Danielle Gardner for Arctic Drilling; Lori Graham of Dore & Associates for Weatherford US LP and TIW Corporation at **(281)829-1555**; John Siemers for Baker Hughes; Ross Spence at **(713)335-4832** for Baker Hughes and BJ Services; Allyn Amato for National Rural Utilities Cooperative Finance Corp.; Kay Hill for the U.S. Trustee's Office; David Bundy for the Equity Security Holders Committee; David Oesting for National Rural Utilities Cooperative Finance Corporation. |

**Adjourned to: WEDNESDAY, JUNE 8, 2011 at 1:30 P.M. for: CONTINUED Chapter 11 Status and Scheduling Conference**


**APPEARANCES:**
**Erik LeRoy for the Debtor, with Donna Vukich**
**John Siemers for Baker Hughes**
**David Oesting for National Rural Utilities Finance Corporation**
**David Bundy for the Equity Security Holders Committee**
**Lori Grahm for Weatherford US LP & TIW Corporation   (Tele)**
**Aaron Guerrero on behalf of Ross Spence for Baker Hughes & BJ Services (Tele)**
**Ross Spence for Baker Hughes & BJ Services (Tele)**

**SWORN AND EXAMINED:**
**Donna Vukich**
**PO Box 177 Naknek, AK 99633**
**Occp: General Manager for Naknek Electric**


**Time on record   2:11:40  -   Time off Record   3:08:02**

NOTES AND/OR ORDERS OF BANKRUPTCY JUDGE:

 **X**     An amended order for Cash Collateral will be submitted by Mr. LeRoy

**  X     A Proposed Consent Order For Adequate Protection will be submitted by Mr. Siemers.**

A) **CONTINUED** Chapter 11 Status and Scheduling Conference;

   **Hearing is continued to 6/08/2011 at 1:30 p.m.**

B) Hearing on Motion for Continued Use of Cash Collateral;

   **Motion will be approved in accordance to the Stipulated order filed by Mr. LeRoy.**

C) Hearing on Debtor's Motion For DIP Financing of the Fuel Loan [DE#212];

   **Mr. LeRoy shall amend the proposed order & submit it to the court, then the Motion will be granted.**

D) Hearing on Notice of Filing Proposed Consent Order For Adequate Protection [DE#196].

   **Mr. Siemers will lodge the agreed upon proposed order. Upon receipt of the order the it will be granted.**

                                            /s/ Donald MacDonald IV
                                               BANKRUPTCY JUDGE

peggy
calendar